20200117
FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
NOVEMBER 19, 2020
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2020 ND 244

State of North Dakota,                                    Plaintiff and Appellee

v.

Warren James Wilkinson, Sr.,                         Defendant and Appellant

No. 20200117

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable John A. Thelen, Judge.

AFFIRMED.

Per Curiam.

Andrew C. Eyre, Assistant State's Attorney, Grand Forks, N.D., for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, N.D., for defendant and appellant; submitted on brief.

**State v. Wilkinson**
**No. 20200117**

**Per Curiam.**

[¶1]   Warren Wilkinson appeals from a criminal judgment entered after a jury convicted him of gross sexual imposition.  He argues the evidence presented at trial is insufficient to support the jury's verdict.  After reviewing the record, we conclude substantial evidence supports the verdict.  We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte